**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JENNIFER BRENNAN,

                        Plaintiff,                        18 **CIVIL** 6148 (PED)

      -against-                                 **JUDGMENT**

CITY OF MIDDLETOWN, et al.,
                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul E. Davison, United States Magistrate Judge, Plaintiff Jennifer Brennan have judgment in the sum of $ 15,000.00 as against the defendants Patrick Cunningham and City of Middletown.

DATED: New York, New York
             November 20 2019

                                                                           RUBY J. KRAJICK

So Ordered:                                           Clerk of Court

                                                         BY:

    U.S.D.J.                                          Deputy Clerk