UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JENNIFER BRENNAN,

                         Plaintiff,                            **ORDER**

                  -against-                           18 Civ. 6148 (PED)

CITY OF MIDDLETOWN, et al.,
----------------------------------------------------------X

On November 13, 2019, at the conclusion of a jury trial in the above-captioned case, the jury returned a verdict in favor of plaintiff. Defendants timely filed a post-verdict motion seeking judgment as a matter of law (or, alternatively, a new trial) on the issues of excessive force and qualified immunity. Plaintiff opposed; in reply, defendants relied upon events during the final pretrial conference and trial – but failed to submit a transcript of either proceeding.[1]

Accordingly, defendants are directed to submit, within thirty (30) days of this Order:

(1) a transcript of the final pretrial conference; and

(2) an excerpted trial transcript reflecting any motions defendants made during the trial.

Defendants shall specify the page and line numbers of all relevant portions of the transcripts.

Dated: January 21, 2020
       White Plains, New York

SO ORDERED:

_____
PAUL E. DAVISON, U.S.M.J.

---

[1] Plaintiff submitted an excerpted trial transcript in support of her specific post-verdict arguments.